No. 04–1102.  BERRIOCHOA LOPEZ ET AL. v. CLINTON, FORMER PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 04–1104.  DEMUS v. SAN DIEGO COUNTY, CALIFORNIA. C. A. 9th Cir.  Certiorari denied.

No. 04–1118.  KANZ v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–1129.  ROMANIUK v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 04–1132.  LIMAGRAIN GENETICS CORP. v. MIDWEST OILSEEDS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 04–1133.  LONG v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04–1159.  CAMARA ET AL. v. GONZALES, ATTORNEY GENERAL.  C. A. 3d Cir.  Certiorari denied.

No. 04–1160.  CHAPMAN CHILDREN'S TRUST II v. POTTER, POSTMASTER GENERAL.  C. A. Fed. Cir.  Certiorari denied.

No. 04–1165.  BEVAN v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 04–1172.  BOLIVARIAN REPUBLIC OF VENEZUELA v. ELDER OFFSHORE LEASING, INC.  C. A. 5th Cir.  Certiorari denied.

No. 04–1174.  MALBRAIN ET AL. v. WASHINGTON STATE DEPARTMENT OF AGRICULTURE.  Ct. App. Wash.  Certiorari denied.

No. 04–1187.  VIDEO MANAGEMENT, INC., DBA C&C VIDEO v. CITY OF CHARLESTON BOARD OF ZONING APPEALS ET AL.  Sup. Ct. S. C.  Certiorari denied.